**Order entered October 17, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00821-CV

## IN THE MATTER OF N.T.

On Appeal from the 305th Judicial District Court
Dallas County, Texas
Trial Court Cause No. JD-82149

## ORDER

On August 3, 2016, we ordered the trial court to make findings of fact regarding whether appellant has been deprived of the clerk's record and reporter's record because of ineffective counsel, indigence, or for any other reason. The trial court's September 7, 2016 findings of fact state that N.T. filed a notice of appeal and, therefore, desires to prosecute this appeal. The trial court also stated that it is "unable to make a finding regarding indigence as no one appeared to present financial information" for the trial court to consider. Appellant has requested the appointment of counsel to represent him on appeal.

Accordingly, we **ORDER** the trial court to determine whether appellant is indigent and entitled to proceed without payment of costs for the clerk's record and reporter's record. If appellant is entitled to proceed without payment of costs, the trial court shall make a finding to that effect.

1

We further **ORDER** the court to take such other measures and to make all orders necessary to ensure appellant is represented by counsel in this appeal. TEX. FAM. CODE. ANN. §§ 51.10(b),(d),(e),(f),(g), 56.01(d),(e),(f).

The Court further **ORDERS** the trial court to transmit a supplemental clerk's record containing the written findings of fact as to indigency status, any supporting documentation, and any orders, including orders regarding the appointment of appellate counsel, to this Court within **FIFTEEN DAYS** of the date of this order.

The Court **DIRECTS** the clerk of this court to **REMOVE** J. Michael Price II and the law firm of Milner Finn Price as counsel of record for appellant on appeal and to provide N.T. and his parents with a copy of all orders of the Court and correspondence from the Court from this date forward.

The appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    CRAIG STODDART
        JUSTICE